**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02659-WJM

MARTIN JUAREZ-BIBIANO,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
TODD LYONS, as Acting Director of Immigration and Customs Enforcement,
ROBERT HAGEN, Field Office Director Denver Field Office,
MARKWAYNE MULLIN, Secretary of Homeland Security, and
TODD BLANCHE, Attorney General, United States Department of Justice,
in their official capacities,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Petition for Writ of Habeas Corpus [ECF 13] entered by United States District Judge William J. Martinez on July 1, 2026, it is

ORDERED that the Court's [ECF 6] Order to Show Cause is MADE ABSOLUTE and Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 15th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____

H. Guerra, Deputy Clerk